UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCO POLO ITALIAN ICE CREAM INC,<br><br>        Defendant. | Case No. 21-cv-01824-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 17 |

Plaintiff reports that this case has settled. All previously-scheduled deadlines and appearances are vacated.

By **January 18, 2022**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **January 25, 2022 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **January 18, 2022**, describing with specificity the parties' efforts to finalize settlement within the time provided. The record reflects slow progress towards settlement and dismissal of this action. **No further extensions will be granted.**

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: November 30, 2021

SUSAN VAN KEULEN
United States Magistrate Judge